**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 11, 2021

By ECF
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Nash v. U.S. Imm. and Customs Enforcement*, No. 21 Civ. 4288 (JPC) (S.D.N.Y.)

Dear Judge Cronan:

This Office represents U.S. Immigration and Customs Enforcement ("ICE") in the above-captioned action brought by Plaintiff Lindsay Nash under the Freedom of Information Act ("FOIA"). Pursuant to the Court's Order of July 12, 2021, Dkt. No. 14, we write respectfully to provide the Court with an update regarding the status of Plaintiff's FOIA request, which sought: (i) records related to administrative subpoenas (Forms I-138); and (ii) records related to administrative arrest warrants (Forms I-200 and I-205).

With respect to Plaintiff's request for specified records related to administrative subpoenas, ICE made its first production of responsive records from ICE headquarters on July 9, 2021. ICE has since completed its search for responsive records from ICE headquarters, including a search for records within the ICE Subpoena System, and anticipates that it will be able to produce responsive records by September 1, 2021. Apart from those records, ICE believes that individual ICE field offices may have records responsive to Plaintiff's request for subpoena-related records. Plaintiff has agreed to hold her request regarding individual field offices in abeyance pending the outcome of the production of records from ICE headquarters.

Regarding the second category of records Plaintiff seeks, records reflecting information about administrative arrest warrants, the parties remain at the impasse outlined in the parties' July 9, 2021 status letter. *See* Dkt. No. 13 at 1-2. However, the parties are continuing to confer in an effort to reach a mutually agreeable resolution.

In light of the ongoing nature of the parties' negotiations and ICE's production of records, the parties respectfully request that the Court permit them to submit another joint status letter on or before September 9, 2021, wherein the parties will update the Court on the status of their negotiations, any timeline for production, and any need for a conference.

We thank the Court for its attention to this matter.

Respectfully,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: *_____/s/ Zachary Bannon_____*

ZACHARY BANNON
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2728
E-mail: Zachary.Bannon@usdoj.gov