UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LINDSAY NASH, :
:
Plaintiff, : 21 Civ. 4288 (JPC)
:
-v- : ORDER
:
U.S. IMMIGRATION AND CUSTOMS :
ENFORCEMENT, :
:
Defendant. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

After further consideration, the parties shall appear for an in-person status conference on October 15, 2021 at 10:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. If either party requests that the conference occur by telephone instead, the parties shall advise the Court by joint letter by October 12, 2021.

SO ORDERED.

Dated: October 6, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge