```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LINDSAY NASH,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :    21 Civ. 4288 (JPC)
                 -v-                                                   :
                                                                       :         ORDER
U.S. IMMIGRATION AND CUSTOMS                                           :
ENFORCEMENT,                                                           :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In this action, Plaintiff, an immigration lawyer and clinical professor of law at the Benjamin N. Cardozo School of Law, Dkt. 1 ("Compl.") ¶ 10, claims that Defendant U.S. Immigration and Customs Enforcement failed to lawfully respond to her requests for information pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *see* Compl. ¶¶ 39-46.  Once Defendant answered the Complaint, Dkt. 12, the parties negotiated a stipulation, executed on December 17, 2021 and so-ordered by the Court on December 20, 2021, that set forth both the procedures Defendant would employ to search its records for material responsive to Plaintiff's request and the timeframe for Defendant to produce any such materials to Plaintiff.  Dkt. 31.  That stipulation did not dismiss the case, *see generally id.*, and Plaintiff expressly reserved the right to assert further arguments on a motion for summary judgment, *id.* ¶ 4.  However, besides a Notice of Appearance filed shortly thereafter, Dkt. 32, there has been no further activity on the docket since.  The parties are therefore ordered the file a status letter by August 2, 2023, updating the Court on any events that have occurred in this litigation since the stipulation was entered, and informing the Court of whether either party continues to seek relief from the Court or whether, instead, this case may be closed.

SO ORDERED.

Dated: July 27, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge