

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 13, 2024

By ECF
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Nash v. U.S. Immigration and Customs Enforcement*, No. 21 Civ. 4288 (JPC)

Dear Judge Cronan:

      This Office represents U.S. Immigration and Customs Enforcement ("ICE") in the above-captioned action brought by Plaintiff Lindsay Nash under the Freedom of Information Act. We write respectfully on behalf of both parties to provide a status update in accordance with the Court's Order of May 13, 2024, ECF No. 51. Since the parties last updated the Court on May 13, 2024, Plaintiff identified several records that are potentially missing from ICE's productions and ICE has agreed to search for those records further. The parties propose that they submit another status letter on or before July 19, 2024, informing the Court as to proposed next steps in this litigation and the related litigation, *Nash v. U.S. Immigration and Customs Enforcement*, No. 23 Civ. 6994 (JPC) (S.D.N.Y.).

      We thank the Court for its attention to this matter.

      Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Zachary Bannon
ZACHARY BANNON
JESSICA F. ROSENBAUM
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007

---

The parties' proposal is accepted; they shall another status letter on or before July 19, 2024, informing the Court as to proposed next steps in this litigation and the related litigation, Case No. 23 Civ. 6994.

SO ORDERED.
Date: June 14, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge