HereUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDSAY NASH,<br><br>            Plaintiff,<br><br>    - against -<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>            Defendant. | No. 21 Civ. 4288 (JPC) |
| LINDSAY NASH,<br><br>            Plaintiff,<br><br>    - against -<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>            Defendant. | No. 23 Civ. 6994 (JPC)<br><br>**STIPULATION<br>AND [PROPOSED] ORDER** |

WHEREAS, on May 12, 2021, Plaintiff Lindsay Nash initiated the matter docketed at No. 21 Civ. 4288 (JPC) ("*Nash I*"), by filing a complaint against United States Immigration and Customs Enforcement ("ICE" and together with Nash, the "Parties") seeking certain records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552;

WHEREAS, on August 8, 2023, Nash initiated the matter docketed at No. 23 Civ. 6994 (JPC) ("*Nash II*"), by filing a complaint against ICE seeking certain records under the FOIA, which was marked as related to *Nash I*;

WHEREAS, ICE has completed its productions in response to the FOIA request at issue in *Nash II*;

WHEREAS, the parties entered into two stipulations of partial settlement in *Nash I* (on December 20, 2021, and December 1, 2023, respectively) and ICE has made several productions of records responsive to both the FOIA request at issue in *Nash I*, as narrowed by the two stipulations;

WHEREAS, counsel for the Government provided Nash with the following information by email about ICE's productions in *Nash I*:

- The subpoena logs that have been produced in *Nash I* are the full, unexcerpted logs of subpoenas issued by ICE's Enforcement and Removal Operations ("ERO") maintained by ICE's headquarters and the different field offices from which they originated;

- The majority of subpoenas issued by ERO are issued for civil immigration purposes;

- The Chicago Field Office of ERO stopped issuing subpoenas at a point in time subsequent to September 2021 due to Chicago's status as a sanctuary city; and

- The Dallas Field Office of ERO stopped issuing subpoenas upon learning that employers had informed their employees they had received immigration subpoenas for records related to the employees.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. This Stipulation fully resolves the claims in *Nash I* and *Nash II*, and the complaints in both matters shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), except that Nash reserves the right to move for attorneys' fees and costs in both matters and ICE reserves all defenses to such a motion;

2. The Parties understand and agree that this Stipulation contains the entire agreement between them, and that any statements, representations, promises, agreements, or negotiations, oral or otherwise, between the Parties that are not included herein shall be of no force or effect.

3. If not approved and entered by the Court, this Stipulation shall be null and void, with no force or effect.

4. The Stipulation may be executed in one or more counterparts, each of which shall be deemed to be one and the same.

| | |
|---|---|
| Dated: New York, New York<br>October 18, 2024 | Dated: New York, New York<br>October _17_, 2024 |
| DAMIAN WILLIAMS<br>United States Attorney | LINDSAY NASH |
| By: _____<br>ZACHARY BANNON<br>JESSICA ROSENBAUM<br>Assistant United States Attorneys<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 | By: _____<br>LINDSAY NASH<br>Benjamin N. Cardozo School of Law<br>55 Fifth Avenue, Suite 1108<br>New York, NY 10003 |

SO ORDERED:

Dated: New York, New York
       _____, 2024                    _____
                                              HONORABLE JOHN P. CRONAN

3