# CARDOZO LAW

BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

KATHRYN O. GREENBERG IMMIGRATION JUSTICE CLINIC

**Peter L. Markowitz,** *Co-Director*
*Professor of Law*

**Lindsay Nash,** *Co-Director*
*Associate Professor of Law*

**Elizabeth Wu**
*Clinical Teaching Fellow*

**S. Ellie Norton**
*Clinical Teaching Fellow*

(646) 592-6416
Fax (212) 790-0256

November 29, 2024

**Via ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Nash v. U.S. Immigration and Customs Enforcement,* 21 Civ. 4288 (JPC)
              *Nash v. U.S. Immigration and Customs Enforcement*, 23 Civ. 6994 (JPC)

Dear Judge Cronan,

      Undersigned counsel represents the paintiff, Lindsay Nash, in the above-captioned matters. I write respectfully on behalf of both parties to provide a status update in accordance with the Court's Order of October 31, 2024, ECF No. 63. The parties have continued to confer regarding attorneys' fees and costs, which is the sole remaining issue related to the above-captioned matters. The parties hope to resolve that issue through negotiations and are currently working toward that goal, but resolving this matter through negotiations would would require additional time. Accordingly, the parties propose that they submit another status letter on or before December 30, 2024, informing the Court as to proposed next steps in connection with the matter of attorneys' fees and costs.

      We thank the Court for its attention to this matter.

                                                     Respectfully submitted,

                                                     */s/ Lindsay Nash*
                                                     Lindsay Nash
                                                     Kathryn O. Greenberg Immigration
                                                     Justice Clinic

Benjamin N. Cardozo School of Law
55 Fifth Avenue, Rm. 1108
New York, NY 10003
(646) 592-6538
lindsay.nash@yu.edu

2